# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Nader Wasif | ) | Case No. 5:24-CR-93 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nader Wasif,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349
Money Laundering Conspiracy, 18 U.S.C. § 1956(h)

Date: 05/01/2025

_____
Issuing officer's signature

City and state: Cleveland, Ohio

_____
Printed name and title

---

**Return**

This warrant was received on (date) 5/1/205, and the person was arrested on (date) 5/8/25
at (city and state) Nashville, TN.

Date: 5/8/25

_____
Arresting officer's signature

FBI SA Hunter Allen
Printed name and title