**MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**

U.S.A. v. Nader Wasif, No. 3:25-mj-4150

**ATTORNEY FOR GOVERNMENT:** Joe Montminy

**ATTORNEY FOR DEFENDANT:** David Fletcher  ☒ AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** ☐ YES ☒ NO  **LANGUAGE/INTERPRETER:** ___
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents to appear before the Magistrate Judge by video

☒ **INITIAL APPEARANCE** ☐ ON A SUMMONS ☒ ARRESTED ON: May 8, 2025
  DEFENDANT HAS A COPY OF:
  ☐ Complaint ☒ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other: ___
  ☒ Defendant advised of the charges & maximum penalties    ☒ Defendant advised of right to counsel
  ☐ Defendant provided the financial affidavit    ☐ Counsel retained    ☒ FPD Appointed
  ☒ Defendant advised of right to silence    ☒ Defendant advised of right to Consular Notification
  ☒ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
  ☐ Government filed motion for detention    ☐ Defendant Waived detention hearing
  ☐ Defendant temporarily detained    ☐ Defendant reserved right to hearing in future
  ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to state custody
  ☐ Defendant to remain on current conditions of supervised release
  ☒ Defendant released on:
      ☒ Standard ☐ Special ☐ Appearance Bond: ___ ☐ Property Bond
  ☒ RULE 5- Defendant advised of right to identity hearing    ☒ Defendant waived identity hearing
  ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** ___
  ☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**    (Waiver of Indictment executed)
☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges receipt of Indictment/Information    ☐ Indictment/Information read to Defendant
  ☐ Defendant waived reading thereof    ☐ Court advised maximum penalties
  **PLEA:** ☐ GUILTY ☐ NOT GUILTY
  ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** May 8, 2025    **TOTAL TIME:** 18 minutes
**BEGIN TIME:** 2:02 p.m.    **END TIME:** 2:20 p.m.
☒ Digitally Recorded ☐ Court Reporter: ___

Revised on 1/25/24    Page 1 of 1

Case 3:25-mj-04150    Document 2    Filed 05/08/25    Page 1 of 1 PageID #: 2